| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Whipple, Mary Ann | 2. Court or Organization<br><br>U.S. Bankruptcy Court, N.D. OH | 3. Date of Report<br><br>05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>James M. Ashley and Thomas W.L. Ashley United States Courthouse<br>1716 Spielbusch Avenue, Room 111<br>Toledo, OH 43604 | | |
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Uniform Gift to Minors Act #1 [See Note in Part VIII] |
| 2. | Custodian | Uniform Gift to Minors Act Minor #2 [See Note Part VIII] |
| 3. | Trustee | Trust #1 [See Note Part VIII] |
| 4. | Executive Committee Member | Morrison R. Waite Chapter, American Inns of Court |
| 5. | Executive Board Member | University of Michigan Club of Toledo |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | State Teachers Retirement System (Ohio); interest in public pension plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute (ABI) | 6/11/15 to 6/14/15 | Traverse City, MI | Workshop speaker | workshop registration fee and materials and lodging |
| 2. | Cleveland Metro Bar Association | 5/18/15 to 5/19/15 | Cleveland, OH | Seminar speaker | seminar registration fee and materials, transportation expenses, and lodgiing |
| 3. | National Conference of Bankruptcy Judges (NCBJ) | 9/28/15 to 9/30/15 | Miami, FL | Attend NCBJ annual meeting | lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Whipple, Mary Ann | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington National Bank(IRA)(CD)(cash accounts) | A | Interest | M | T | | | | | See Note in Part VIII |
| 2. Merrill Lynch Ready Assets Trust | A | Dividend | J | T | | | | | |
| 3. Blackrock Mid Cap Growth Equity Portfolio Class A | B | Dividend | K | T | | | | | |
| 4. AB International Growth Fund Class A | | None | J | T | | | | | See Note in Part VIII |
| 5. Nuveen Insured Municipal Opportunity Fund | A | Dividend | J | T | | | | | |
| 6. Blackrock Balanced Capital Fund Class A | A | Dividend | J | T | | | | | |
| 7. MFS Municipal Income Fund A | A | Dividend | J | T | | | | | |
| 8. MFS Global Total Return Fund A | A | Dividend | K | T | | | | | |
| 9. MainStay Large Cap Growth Fund Class A | C | Dividend | K | T | | | | | |
| 10. MainStay Common Stock Fund Class A | A | Dividend | K | T | | | | | |
| 11. MainStay ICAP Select EQ Fund Class A | D | Dividend | K | T | | | | | |
| 12. MainStay Cornerstone Growth Fund Inv. Class (IRA) | A | Dividend | J | T | | | | | |
| 13. Investment Company of America-A Fund Number 4 | D | Dividend | L | T | | | | | |
| 14. Franklin Equity Income Fund-Class A | A | Dividend | K | T | | | | | |
| 15. UBS Pace Large Company Value Equity Fund Class C | B | Dividend | J | T | | | | | |
| 16. UBS U.S.Equity Opportunity Fund Class C | | None | K | T | | | | | |
| 17. UBS Pace International Fixed Income Fund Class C | A | Dividend | K | T | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS U.S. Allocation Fund Class C | | None | K | T | | | | | |
| 19. UBS RMA Money Market Portfolio | | None | J | T | | | | | |
| 20. Columbus Life Ins. Co. Annuity | C | Interest | M | T | | | | | |
| 21. Vanguard Windsor II Fund (UGMA #2) | A | Dividend | K | T | | | | | |
| 22. Washington Federal Seattle Wash. (CD UGMA #1) | | None | | | Closed | 01/09/15 | K | | See Note in Part VIII |
| 23. Washington Federal Seattle Wash (CD UGMA #2) | A | Interest | K | T | | | | | |
| 24. U.S. Savings Bonds | | None | K | T | | | | | |
| 25. STRS (Ohio) Money Market Account (Ohio public pension) | A | Dividend | J | T | | | | | |
| 26. STRS (Ohio) Russell 1000 Index Fund (Ohio public pension) | A | Dividend | J | T | | | | | |
| 27. PNC Bank (cash account)(CD) | A | Interest | L | T | | | | | |
| 28. United Services Federal Credit Union (cash account) | A | Interest | J | T | | | | | |
| 29. FirstMerit Bank (cash account) | A | Interest | K | T | | | | | |
| 30. Northwestern Mutual Extra Ordinary Life Policy | A | Dividend | J | T | | | | | |
| 31. Northwestern Mutual 65 Life Policy | A | Dividend | K | T | | | | | |
| 32. New York Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 33. Washington Federal Seattle Wash (cash account)(CD) | A | Interest | M | T | | | | | |
| 34. The Trust Company of Toledo, N.A.(IRA Rollover) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Institutional Index Fund (IRA) | D | Dividend | M | T | | | | | |
| 36. --Buffalo Small Cap Fund (IRA) | | None | L | T | Buy (add'l) | 12/22/15 | K | | |
| 37. --MFS Int'l New Discovery-1 Fund (IRA) | A | Dividend | K | T | | | | | |
| 38. --Vanguard Short Term Federal Bond Fund (IRA) | A | Dividend | L | T | | | | | |
| 39. --Northern Institutional Prime Obligations Portfolio (IRA) | A | Interest | L | T | | | | | |
| 40. --Vanguard Intermediate Term Bond Index (IRA) | B | Dividend | L | T | Buy (add'l) | 04/01/15 | J | | |
| 41. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 42. --Harbor International Fund (IRA) | B | Dividend | L | T | Buy (add'l) | 12/21/15 | J | | |
| 43. --Harbor Bond Fund (IRA) | A | Dividend | K | T | Buy (add'l) | 12/21/15 | J | | |
| 44. --Fidelity Contrafund (IRA) | A | Dividend | L | T | Buy (add'l) | 02/09/15 | J | | |
| 45. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 46. --Sterling Capital Stratton Small- Cap Value Fund (IRA) | A | Dividend | K | T | Buy (add'l) | 12/21/15 | J | | See Note in Part VIII |
| 47. --Dodge & Cox Stock Fund (IRA) | A | Dividend | L | T | Buy (add'l) | 03/30/15 | J | | |
| 48. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 49. --Vanguard Dividend Growth-1 (IRA) | A | Dividend | K | T | Buy (add'l) | 03/27/15 | J | | |
| 50. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 51. --Invesco Int'l Growth (IRA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Trust #1 (H) | | | | | | | | | See Note in Part VIII |
| 53. --Massachusetts Mutual Permanent Life Policy (X) | C | Dividend | M | T | | | | | |
| 54. --Northwestern Mutual Whole Life Policy (X) | C | Dividend | M | T | | | | | |
| 55. --Columbus Life Insurance Policy (whole life) (X) | A | Dividend | K | T | | | | | |
| 56. The Huntington Investment Co. (H) | | | | | | | | | |
| 57. --American Funds: Capital World Growth & Income Fund A | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 58. --American Funds: Washington Mutual Investors Fund Class A | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 59. --American Funds: High Income Municipal Bond Fund Class A | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 60. --American Funds: Tax Exempt Bond Fund of America A | A | Dividend | J | T | Buy | 04/22/15 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and VII Notes: Trust #1 is a life insurance trust for a family member of which I am the trustee. The three whole life insurance policies assigned to Trust #1 are reported in Part VII [Lines 53-55].

Part I and VII Notes: Minor #1, a family member, reached the age of majority under the Ohio UGMA statute in 2011. However, the Washington Federal (Seattle Wash) CD reported at Part VII [Line 22] was still maintained in my name as custodian at December 31, 2014. The beneficiary redeemed the CD, closed the account and removed the funds from my nominal custody on January 9, 2015. Minor #2, a family member, reached the age of majority under the Ohio UGMA statute in 2014. However, the Washington Federal (Seattle Wash) CD reported at Part VII [Line 23] and the Vanguard Windsor II Fund [Line 21] were both still maintained in my name as custodian and in my nominal custody at December 31, 2015.

Part VII Note: The Huntington National Bank IRA reported at Part VII [Line 1] is invested in a Huntington National Bank CD.

Part VII Note: AllianceBernstein International Growth Fund Class A reported at Part VII [Line 4] changed its name to AB International Growth Fund Class A effective January 20, 2015.

Part VII Note: Stratton Small-Cap Value Fund reported at Part VII [Line 46] changed its name to the Sterling Capital Stratton Small-Cap Value Fund efective November 17, 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Mary Ann Whipple

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544